# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              :   NO. 974
                                                    :
DESIGNATION OF CHAIR AND VICE-                      :   SUPREME COURT RULES DOCKET
CHAIR OF THE JUVENILE COURT                         :
PROCEDURAL RULES COMMITTEE                          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 19th day of January, 2024, the Honorable Andrea Marceca Strong is hereby designated as Chair, and Marisa K. McClellan, Esquire, is designated as Vice-Chair, of the Juvenile Court Procedural Rules Committee, commencing February 1, 2024.